NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-769

SCOTT ROUSSEAU POCHE, ET AL.

VERSUS

ALLAN L. DURAND

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2001-5326
HONORABLE GLENNON P. EVERETT, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Billie Colombaro Woodard, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

Woodard, J., concurs.

AFFIRMED.

William Joseph Mize
Robicheaux, Mize & Wadsack
P. O. Drawer 2065
Lake Charles, LA 70601-2065
(337) 433-0234
Counsel for Plaintiff/Appellant
    Scott Rousseau Poche
    Travis Reed Poche Pauley
    The Cecile Rousseau PocheTestamentary Trust

Nolan Craig Richardson

**Robichaux, Mize & Wadsack**
**P. O. Box 2065**
**Lake Charles, LA 70601-2065**
**(337) 433-0234**
**Counsel for Plaintiff/Appellant**
        **Scott Rousseau Poche**
        **Travis Reed Poche Pauley**
        **The Cecile Rousseau PocheTestamentary Trust**

**Allan Leland Durand**
**Perrin, Landry, deLaunay, Dartez & Ouellet**
**225 Rue France**
**Lafayette, LA 70508**
**(337) 237-8500**
**Counsel for Defendant/Appellee**
        **Allan L. Durand**